UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WINDOWS, INC.,<br><br>Plaintiff,<br>-v-<br><br>S. & J. SHEET METAL SUPPLY INC.,<br><br>Defendant.<br><hr>S. & J. SHEET METAL SUPPLY INC.,<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>HOLCIM USA INC.,<br><br>Third-Party Defendant. | 25 Civ. 2532 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court moves the telephonic initial conference—currently scheduled for December 3, 2025 at 2:30 p.m.—to 10 a.m. the same day (December 3).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2025
New York, New York