UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS WINDOWS, INC.,

                    Plaintiff,

        -v-

S.&J. SHEET METAL SUPPLY INC.,

                 Defendant.

25 Civ. 2532 (PAE)

ORDER

S.&J. SHEET METAL SUPPLY INC.,

              Third-Party Plaintiff,

        -v-

HOLCIM USA INC.,

             Third-Party Defendant.

PAUL A. ENGELMAYER, District Judge:

On January 5, 2026, defendant and third-party plaintiff S.&J. Sheet Metal Supply Inc. ("S&J") filed a motion for leave to amend its third-party complaint to implead additional third-party defendants.  Dkt. 32.

By January 13, 2026, plaintiff Thomas Windows, Inc. and third-party defendant Holcim USA Inc. shall notify the Court whether they intend to oppose the motion.  Any submission(s) in opposition to the motion will be due January 16, 2026.

SO ORDERED.

2

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2026
       New York, New York

2